# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 361 WAL 2014
:
              Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
GEORGE T. VICKERS, JR., :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.